IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**NOBILIS HEALTH CORP.**, *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12264 (CTG)<br>(Jointly Administered) |
| **ALFRED T. GIULIANO**, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Nobilis Health Corp., *et al.*,<br><br>Plaintiff,<br>v.<br><br>**HARRY J. FLEMING; P. DAVID YOUNG; BRANDON MORENO; KENNETH EFIRD; JAMES SPRINGFIELD; DONALD KRAMER; STEVE OZONIAN; TOM FOSTER; PETER HORAN; SAMUEL PALERMO; AND MARCOS RODRIGUEZ**<br><br>Defendants. | Adv. No. 21-51183 (CTG)<br><br><br>**JURY TRIAL DEMANDED** |

**CERTIFICATION OF COUNSEL**
**REGARDING SCHEDULING ORDER**

I, John T. Carroll, III, counsel for Plaintiff, Alfred T. Giuliano, in his capacity as Chapter 7 Trustee (the "Trustee" or "Plaintiff") for the jointly administered bankruptcy estates of Northstar Healthcare Holdings, Inc., Northstar Healthcare Acquisitions, L.L.C. and Nobilis Health Corp. (the "Estates" or "Debtors") hereby certify that the Trustee and the Defendants in the above-captioned adversary proceeding as identified below (the "Adversary Proceeding") have agreed subject to this Court's approval to a scheduling order for the disposition of the Adversary Proceeding and hereby certify as follows:

1

1. The Trustee along with Harry J. Fleming; P. David Young; Brandon Moreno; Kenneth Efird; James Springfield; Donald Kramer; Steve Ozonian; Tom Foster; Peter Horan; Samuel Palermo; and Marcos Rodriguez (the "Defendants" and, collectively with the Trustee, the "Parties"), request entry of an order pursuant to rule 7016 of the Federal Rules of Bankruptcy Procedure to enter a scheduling order in the above-captioned matter.

Accordingly, the Trustee and Defendants respectfully request if acceptable to the Court that the Court enter an Order in the proposed form attached hereto as Exhibit "A" at the Court's earliest convenience.

Dated: August 30, 2022

**COZEN O'CONNOR**

/s/ *John T. Carroll, III*
John T. Carroll, III (DE Bar No. 4060)
1201 North Market Street
Suite 1001
Wilmington, DE 19801
Tel: (302) 295-2028
Fax: (302) 295-2013
jcarroll@cozen.com

-and-

**KAUFMAN, COREN & RESS, P.C.**
Steven M. Coren, Esq.
Benjamin M. Mather, Esq.
Andrew J. Belli, Esq.
Two Commerce Square
2001 Market Street, Suite 3900
Philadelphia, PA 19103
Tel: (215) 735-8700
Fax: (215) 735-5170
scoren@kcr-law.com
bmather@kcr-law.com
abelli@kcr-law.com

*Counsel for Plaintiff*
*Alfred T. Giuliano, Ch. 7 Trustee*

2