**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| NOBILIS HEALTH CORP., *et al.*, | Case No. 19-12264-CTG |
| *Debtors*. | Jointly Administered |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Nobilis Health Corp., *et al.*, | Adv. Pro. No. 21-51183-CTG |
| *Plaintiff*, v. | Re: Adv. Doc. No. 257, 271 |
| HARRY J. FLEMING, *et al.*, | |
| *Defendants*. | |

**ORDER APPROVING STIPULATION OF COUNSEL**
**CONCERNING RULE 9033(c) EXTENSION**

Upon consideration of the Stipulation of Counsel Concerning Rule 9033(c) Extension between the Trustee and the Stipulating Defendants (the "Stipulation")[1], and the Court having determined that no further notice of the Stipulation must be given and good and adequate cause exists for approval of the Stipulation;

**IT IS HEREBY ORDERED THAT**:

1.      The Stipulation is hereby **APPROVED**.

2.      The Trustee shall have a 21-day extension, through and including July 17, 2024, to file objections to the proposed findings of fact and conclusions of law in the June 12 Memorandum Opinion, pursuant to Federal Rule of Bankruptcy Procedure 9033(c).

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

LEGAL\71311986\2 6009698/00464741

3       The Stipulating Defendants shall have a 21-day extension to respond to the

Trustee's objections to the proposed findings of fact and conclusions of law in the June 12

Memorandum Opinion, pursuant to Federal Rule of Bankruptcy Procedure 9033(c).


**Dated: June 25th, 2024**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

2