IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>)<br>) | Case No. 19-12264 (CTG) |
| NOBILIS HEALTH CORP., *et al.*, )<br>Debtors. )<br>) | Chapter 7 |
| )<br>ALFRED T. GIULIANO, in his capacity as )<br>Chapter 7 Trustee for the jointly administered )<br>bankruptcy estates of Nobilis Health Corp., *et al.*, )<br>Plaintiff, )<br>) | Adv. Proc. No. 21-51183 (CTG) |
| v. )<br>) | |
| HARRY J. FLEMING; P. DAVID YOUNG; )<br>BRANDON MORENO; KENNETH EFIRD; )<br>STEVE OZONIAN; AND MARCOS )<br>RODRIGUEZ, )<br>Defendants. ) | |

**BILL OF COSTS**

Judgment was entered in the above-entitled action on June 12, 2024 dismissing the case.

**The Clerk of the United States Bankruptcy Court for the District of Delaware is requested to tax the following as costs:**

| | |
|---|---:|
| Fees of the Clerk | $478.00 |
| Fees for service of summons and complaint | $0.00 |
| Fees of the court reporter for any and all part of the transcripts necessarily obtained for use in the case | $40,702.15 |
| Fees and disbursements for printing | $3,517.71 |
| Fees for witnesses | $0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $0.00 |
| Docket fees under 28 U.S.C. 1923 | $0.00 |
| Costs incident to taking of depositions | $2,450.07 |
| Costs as shown on Mandate of Appellate Court | $0.00 |

| | |
|---|---|
| Other Costs: Database fees, including costs for collection, ingestion, hosting, and exporting ESI for production.  *See Colosi v. Jones Lang LaSalle Americas, Inc.*, 781 F.3d 293, 297 (6th Cir. 2015); *CBT Flint Partners, LLC v. Return Path, Inc.*, 737 F.3d 1320 (Fed. Cir. 2013); *Country Vintner of N.C., LLC v. E. & J. Gallo Winery, Inc.*, 718 F.3d 249 (4th Cir. 2013); *Race Tires Am., Inc. v. Hoosier Racing Tire Corp.*, 674 F.3d 158 (3d Cir. 2012); *Absolute Activist Value Master Fund Ltd. v. Devine*, 2019 WL 3491962, at *6-8 (M.D. Fla. Aug. 1, 2019); *Javeler Marine Servs. LLC v. Cross*, 175 F. Supp. 3d 756 (S.D. Tex. 2016), subsequent determination, 189 F. Supp. 3d 659 (S.D. Tex. 2016); *Split Pivot, Inc. v. Trek Bicycle Corp.*, 154 F. Supp. 3d 769 (W.D. Wis. 2015); *Balance Point Divorce Funding, LLC v. Scrantom*, 305 F.R.D. 67 (S.D.N.Y. 2015).) | $391,369.16 |
| Total | $438,517.09 |

## DECLARATION

I, the undersigned attorney for Defendants Harry Fleming, Brandon Moreno, David Young, Kenneth Efird, Marcos Rodriguez, and Steve Ozonian, declare under penalties of perjury that the foregoing costs are correct and were necessarily incurred in this action, that the services for which these fees have been charged were actually and necessarily performed, and that a copy of this Bill of Costs was mailed this day with postage fully prepaid to:

John T. Carroll, III, Esquire
*Cozen O'Connor*
1201 North Market Street
Suite 1001
Wilmington, DE 19801
Email: jcarroll@cozen.com

(Counsel for Plaintiff)

Steven M. Coren, Esquire
Benjamin M. Mather, Esquire
*Kaufman, Coren & Ress, P.C.*
Two Commerce Square
2001 Market Street, Suite 3900
Philadelphia, Pennsylvania 19103
Email: scoren@kcr-law.com
         bmather@kcr-law.com

(Counsel for Plaintiff)

Dated: July 3, 2024
Wilmington, Delaware

| | |
|---|---|
| **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Mark L. Desgrosseilliers*<br>Mark L. Desgrosseilliers (No. 4083)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0191<br>Facsimile: (302) 295-0199<br>Email: desgross@chipmanbrown.com<br><br>—and—<br><br>**LYNN PINKER HURST & SHWEGMANN, LLP**<br><br>Edward Jason Dennis (admitted pro hac)<br>Kent Krabill (admitted pro hac)<br>Leo Park (admitted pro hac)<br>2100 Ross Avenue, Suite 2700<br>Dallas, Texas 75201<br>Telephone: (214) 981-3800<br>Facsimile: (214) 981-3839<br>Email: jdennis@lynnllp.com<br>         kkrabill@lynnllp.com<br>         lpark@lynnllp.com<br><br>Attorneys for All Defendants | **PAUL HASTINGS LLP**<br><br>Paul R. Genender (admitted pro hac)<br>Jake Rutherford (admitted pro hac)<br>Marco Vasquez Jr. (admitted pro hac)<br>600 Travis Street, Fifty-Eighth Floor<br>Houston, Texas 77002<br>Telephone: (713) 860-7300<br>Facsimile: (713) 353-3320<br>Email: paulgenender@paulhastings.com<br>         jakerutherford@paulhastings.com<br>         marcovasquezjr@paulhastings.com<br><br>Attorneys for Defendant Harry J. Fleming<br><br>**LATHAM & WATKINS LLP**<br>Andrew R. Gray (admitted pro hac)<br>H. Josh Ji (admitted pro hac)<br>Helen Grace Kirkby (admitted pro hac)<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>Telephone: (714) 540-1235<br>Email: andrew.gray@lw.com<br>         josh.ji@lw.com<br>         helen.kirkby@lw.com<br><br>Attorneys for Defendant Steve Ozonian |